USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
KEVIN RAZZOLI, :
:
Plaintiff, :
: 25-cv-6307 (LJL)
-v- :
: ORDER
A.S.R. XPRESS INC. ET AL, :
:
Defendants. :
X
-----------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

    Plaintiff who is self-represented submitted a complaint against A.S.R. Xpress, Inc. and TQL Logistics on July 28, 2025. Dkt. No. 1. The case was initially assigned to Judge Margaret M. Garnett but was reassigned to the undersigned on August 7, 2025. Magistrate Judge Henry J. Ricardo is designated to handle matters that may be referred in the case. On August 13, 2025, Plaintiff filed a purported consent to proceed before Judge Ricardo. Dkt. No. 4. The consent is not countersigned by Defendants who have not yet made any appearance in this case.

    Under 28 U.S.C. § 636(c), a suit can proceed in front of a Magistrate Judge only where both parties have consented. Federal Rule of Civil Procedure 73(b) sets forth the procedure for signifying consent. The clerk gives the parties written notice of their opportunity to consent. Fed. R. Civ. P. 73(b)(1). To signify their consent, the parties "must jointly or separately file a statement consenting to the referral." *Id.* "A district or magistrate judge may be informed of a party's response to the clerk's notice only if all parties have consented to the referral." Fed. R. Civ. P. 73(b)(1). In other words, a party may not unilaterally consent to proceed before the magistrate judge and the District Court is to be informed whether a party consents to proceed

2

before the magistrate judge only if both parties consent to proceed before the magistrate judge.

The Defendants in this case have not signified consent to conducting proceedings before the magistrate judge. The proceedings therefore continue before Judge Liman. The parties are instructed to file documents with Judge Liman.

SO ORDERED.

Dated: August 15, 2025
      New York, New York

                              LEWIS J. LIMAN
                          United States District Judge