```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN RAZZOLI,

                Plaintiff,

    -v-

A.S.R. XPRESS INC, *et al.*,

                Defendants.

**ORDER**

25-CV-6307 (LJL) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    Plaintiff, who is proceeding pro se, has several times emailed Chambers directly with filings and other materials related to the case. Plaintiff is warned that any unauthorized communications made directly to Chambers will not be read or considered. Only submissions filed on the docket will be considered by the Court. All filings and communications with the Court may be delivered to the Pro Se Intake Unit located at 500 Pearl Street, Room 200, New York, NY 10007 by mail, in-person, or drop box, in addition to the email option.

    The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: August 22, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1