```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN RAZZOLI,

                Plaintiff,

     -v-

A.S.R. XPRESS INC., ET AL.,

                Defendants.

**ORDER OF SERVICE**

25-CV-6307 (LJL) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    Plaintiff commenced this action by filing a complaint on July 28, 2025. ECF No. 1. Plaintiff paid the filing fees on August 5, 2025. By order of reference dated August 21, 2025, this case was referred to the undersigned for general pretrial supervision. ECF No. 12.

    The Clerk of Court is respectfully directed to issue summonses as to Defendants A.S.R. Xpress Inc. and TQL Logistics. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses.[1]

    If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, I may recommend that the Court dismiss

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint and paid the filing fee because these events occurred on different dates. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

1

the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

**SO ORDERED.**

Dated: September 2, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

2