UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/4/2025

KEVIN RAZZOLI,

Plaintiff,

-v-

A.S.R. XPRESS INC., ET AL.,

Defendants.

**ORDER**

25-CV-6307 (LJL) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On August 28, 2025, Plaintiff filed a request for court-ordered service of discovery requests by the U.S. Marshal Service ("USMS").  ECF No. 18.  The USMS does not serve discovery requests on behalf of litigants and for that reason, Plaintiff's request is **DENIED**.

Further, the docket does not reflect proof of service of the summons and complaint on any Defendant to date.  The summonses as to Defendants A.S.R. Xpress Inc. and TQL Logistics were issued on September 3, 2025.  By Order dated September 2, 2025, the Court extended the time for Plaintiff to effect service of the summonses and complaint and file proof of such service on the docket to 90 days after the date that the summonses were issued (*i.e.*, December 2, 2025).  ECF No. 16.  Because Defendants have yet to be served with a summons and complaint, Plaintiff's attempts to serve discovery requests on Defendants are premature.

1

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 18 as **DENIED**, and to mail a copy of this order to the *pro se* litigant.

**SO ORDERED.**

Dated: September 4, 2025
        New York, New York

Henry J. Ricardo
United States Magistrate Judge