UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN RAZZOLI,

                Plaintiff,

      -v-

A.S.R. XPRESS INC., ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/8/2025_____

**ORDER**

25-CV-6307 (LJL) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On September 2, 2025, Plaintiff filed a return of service stating that the Summons and Complaint were served via "Electronic Mail & VIA US MAIL." ECF No. 22 at 2. This does not constitute valid service pursuant to Rule 4 of the Federal Rules of Civil Procedure.

Plaintiff is advised that there is a *Pro Se* Law Clinic available to assist self-represented parties in civil cases. The Clinic may be able to provide a *pro se* party with advice in connection with their case. The *Pro Se* Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the *Pro Se* Intake Unit). Litigants in need of legal assistance should complete the City Bar Justice Center's intake form available at:

https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/

to make an appointment. If a litigant has questions about the intake form or needs

to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org).  In-person appointments in the Thurgood Marshall Courthouse in Manhattan are available Monday through Thursday, 10:00 a.m. to 4:00 p.m.  Appointments are also available remotely Monday through Friday, 10:00 a.m. to 4:00 p.m.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* litigant.

**SO ORDERED.**

Dated: September 8, 2025
New York, New York

Henry J. Ricardo
United States Magistrate Judge