```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN RAZZOLI,

            Plaintiff,

      -v-

A.S.R. XPRESS INC., ET AL.,

            Defendants.

**ORDER**

25-CV-6307 (LJL) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    On September 4, 2025, Plaintiff filed a motion seeking discovery from Defendants. ECF No. 24. Plaintiff's motion is premature, as the docket does not demonstrate proper service on Defendants and the Court has not held a case management conference. Plaintiff's motion is therefore **DENIED** without prejudice.

    The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* litigant.

**SO ORDERED.**

Dated: September 9, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1