UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/16/2025
```

KEVIN RAZZOLI,

                    Plaintiff,

          -v-

A.S.R. XPRESS INC., *et al.*,

                    Defendants.

**ORDER**

25-CV-6307 (LJL) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On September 12, 2025, Plaintiff submitted a letter stating that all Defendants in this matter have been timely served and requesting the inclusion of Defendants Hunts Point Public Safety Officials on the Court's docket.  ECF No. 29.  The Court will add "10 Hunts Point Public Safety Officials" to the docket.  Plaintiff must provide specific names for these officials by **November 17, 2025**.

Further, Plaintiff has not properly served Defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure.  Specifically, Plaintiff is prohibited from carrying out service himself (*see* Fed. R. Civ. P. 4(c)), and cannot serve via mail or electronic mail (*see* Fed. R. Civ. P. 4(e)), unless Plaintiff obtains a waiver of service from Defendants.  *See* Fed. R. Civ. P. 4(d).

Plaintiff is again advised that there is a *Pro Se* Law Clinic available to assist self-represented parties in civil cases.  The Clinic may be able to provide a *pro se* party with advice in connection with their case.  The *Pro Se* Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by,

1

the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the *Pro Se* Intake Unit).  Litigants in need of legal assistance should complete the City Bar Justice Center's intake form available at:

https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/

to make an appointment.  If a litigant has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org).  In-person appointments in the Thurgood Marshall Courthouse in Manhattan are available Monday through Thursday, 10:00 a.m. to 4:00 p.m.  Appointments are also available remotely Monday through Friday, 10:00 a.m. to 4:00 p.m.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* litigant.

**SO ORDERED.**

Dated: September 16, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

2