UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN RAZZOLI,

                 Plaintiff,

          -v-

A.S.R. XPRESS INC., *et al.*,

                 Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/2025

**ORDER**

25-CV-6307 (LJL) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of Plaintiff's letter dated September 13, 2025, and Notice of Service dated September 23, 2025 (the "Notice"). ECF Nos. 35–36. In the Notice, Plaintiff requests a pre-trial conference. Notice at 2. This request is **DENIED** as Plaintiff has failed to complete service.

    As noted in the Court's September 16, 2025 Order (ECF No. 30), Plaintiff is a party and he cannot serve the summons and complaint himself. Fed. R. Civ. P. 4(c)(2); CPLR § 2103(a) (noting service cannot be carried out by a party to the action). Further, as explained in the Court's September 8, 2025 Order (ECF No. 27), service by mail and electronic mail are not valid forms of service. Fed. R. Civ. P. 4(e)–(j); CPLR §§ 307–312 (outlining permissible methods of service upon individuals and entities).[1]

---

[1] In order to complete service by mail under CPLR § 312-a, defendant or a representative of defendant must deliver an acknowledgment of receipt. The docket does not indicate that any defendant has done so.

1

Plaintiff is again advised that there is a *Pro Se* Law Clinic available to assist self-represented parties in civil cases. The Clinic may be able to provide a *pro se* party with advice in connection with their case. The *Pro Se* Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the *Pro Se* Intake Unit). Litigants in need of legal assistance should complete the City Bar Justice Center's intake form available at:

https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/

to make an appointment. If a litigant has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse in Manhattan are available Monday through Thursday, 10:00 a.m. to 4:00 p.m. Appointments are also available remotely Monday through Friday, 10:00 a.m. to 4:00 p.m.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* litigant.

**SO ORDERED.**

Dated: September 25, 2025
    New York, New York

Henry J. Ricardo
United States Magistrate Judge