UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/14/2025
```

-------------------------------------------------------------------X

KEVIN RAZZOLI,

                        Plaintiff,

          -v-

A.S.R. XPRESS INC., et al.,

                   Defendants.

-------------------------------------------------------------------X

25-cv-6307 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On October 14, 2025, Plaintiff directly emailed Chambers (as well as several others) on two separate occasions, requesting both that this Court hold a pre-trial conference on October 15, 2025, and that this Court issue an order related to Plaintiff's attempts at service of documents on the Defendants.

There is no pre-trial conference scheduled in this proceeding before Judge Liman. Any previously scheduled conference was entered in error and has since been removed from the docket. The decision to hold such a conference is discretionary. *See* Fed. R. Civ. P. 16(a) (providing a court "*may* order . . . one or more pretrial conferences."); *Trisvan v. Annucci*, 2022 WL 4665965, at *2 (2d Cir. 2022) (summary order). The case remains in front of Magistrate Judge Ricardo for all pre-trial purposes. Any requests for relief as to service should be filed on the docket so that they may be addressed by Judge Ricardo.

SO ORDERED.

Dated: October 14, 2025
      New York, New York

                                      LEWIS J. LIMAN
                                 United States District Judge