UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/2025
```

KEVIN RAZZOLI,

                  Plaintiff,

-v-

A.S.R. XPRESS INC., *et al.*,

                  Defendants.

**ORDER**

25-CV-6307 (LJL) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

      The Court is in receipt of Plaintiff's filings submitted on October 14, 2025. ECF Nos. 45–48. The Court will construe Plaintiff's filing at ECF No. 47 as a request to schedule a conference in light of Plaintiff's filing of the certificates of service at ECF No. 46. While these certificates describe service upon Hunts Point Market Public Safety, Hunts Point Public Safety, Cmdr. Poole, Joy Harris, Nick Rodelli, and Capt. Clarke—who are assumed to be among the 10 Hunts Point Public Safety Officials named as defendants—Plaintiff has not filed certificates of service or waivers of service as to A.S.R. Xpress Inc. or TQL Logistics. Accordingly, any request for a conference is **DENIED** at this time, but may be renewed after the remaining defendants are served.

      The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* litigant.

1

**SO ORDERED.**

Dated: October 20, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge