UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/2025

KEVIN RAZZOLI,

                   Plaintiff,

       -v-

A.S.R. XPRESS INC., *et al.*,

                Defendants.

**ORDER**

25-CV-6307 (LJL) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

In light of the undersigned's November 19, 2025 order, ECF No. 68—which set a December 10, 2025 deadline for Plaintiff to file an amended complaint—the November 26, 2025 deadline for the Hunts Point Defendants to respond to the original complaint as set forth in ECF No. 55 no longer applies. If Plaintiff does not file an amended complaint by December 10, 2025, all parties who have appeared as of the date of this order shall respond to the original complaint by **January 12, 2026.** If Plaintiff files an amended complaint, the appearing parties shall respond within 14 days pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* litigant.

**SO ORDERED.**

Dated: December 1, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge