UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN RAZZOLI,

                        Plaintiff,

            -v-

T.Q.L. LOGISTICS, *et al.*,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/2025

**ORDER**

25-CV-6307 (LJL) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On December 4, 2025, Plaintiff filed an Amended Complaint, ECF No. 80, which was entered on the docket on December 9, 2025.  The Hunts Point defendants have agreed to accept service through counsel.  *See* ECF No. 72.  It appears that, to date, Defendant T.Q.L. Logistics ("TQL") has failed to waive service of a summons under Rule 4(d) of the Federal Rules of Civil Procedure.  *See* ECF No. 81.  If that is correct, it would mean that Plaintiff's attempt to complete service by requesting a waiver has been unsuccessful, but TQL may face the consequences imposed by Rule 4(d)(2), including paying the expenses of service, once it is served another way.

As stated in the Court's November 19, 2025 order, Plaintiff must request that the Clerk of Court issue summonses for each of the defendants by **December 17, 2025.**  ECF No. 68 at 2.  Once issued, Plaintiff must serve TQL in a manner permitted by Rule 4 of the Federal Rules of Civil Procedure or New York's Civil Practice Laws and Rules.  Plaintiff should review the Court's September 25, 2025 Order, ECF No. 38, for additional information regarding service.  If Plaintiff does

not complete service of TQL within 90 days of this order, the undersigned may recommend dismissal of the claims against TQL for failure to prosecute. Plaintiff must file a letter on the docket regarding the status of serving TQL by **December 23, 2025.** *See* ECF No. 68 at 3.

All defendants named in the Amended Complaint who either have been served or have agreed to service through counsel shall respond to the Amended Complaint by **December 23, 2025.** Plaintiff's various requests for discovery, *e.g.*, ECF Nos. 82–84, are premature, but can be addressed after the Court schedules an initial case management conference after one or more of the defendants answer the Amended Complaint.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

Dated: December 10, 2025
New York, New York

Henry J. Ricardo
United States Magistrate Judge

2