UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN RAZZOLI,

                        Plaintiff,

            -v-

T.Q.L. LOGISTICS, *et al.*,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/2025

**ORDER**

25-CV-6307 (LJL) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On December 10, 2025, Plaintiff filed two motions for issuances of summonses for all Defendants.  ECF Nos. 92 and 93.  The Clerk of Court is respectfully directed to issue summonses for the following Defendants:

- Hunts Point Public Safety
  772 Edgewater Road
  Bronx, New York 10474

- Nick Rodelli
  772 Edgewater Road
  Bronx, New York 10474

- Joy Harris
  772 Edgewater Road
  Bronx, New York 10474

- Capt. Clarke
  772 Edgewater Road
  Bronx, New York 10474

- Cmdr. Poole
  772 Edgewater Road
  Bronx, New York 10474

- T.Q.L. Logistics
  4289 Ivy Pointe Blvd.

1

Cincinnati., Ohio 45245

Plaintiff is reminded that he must file a letter on the docket regarding the status of serving T.Q.L. Logistics by **December 23, 2025.**

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 92 and 93 as **GRANTED** and to mail a copy of this order to Plaintiff.

Dated: December 15, 2025
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

2