UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/2025
```

KEVIN RAZZOLI,

                          Plaintiff,                          **ORDER**

        -v-                                                   25-CV-6307 (LJL) (HJR)

T.Q.L. LOGISTICS, *et al.*,

                          Defendants.

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's December 20, 2025 filing providing an update regarding the status of effectuating service on T.Q.L. Logistics ("TQL"). ECF No. 101. Based on the information provided, including TQL's failure to agree to a waiver of service, it does not appear that TQL has been served. Plaintiff must serve TQL another way by **March 10, 2026**, or the undersigned may recommend dismissal for failure to prosecute. *See* ECF No. 87.

Additionally, Plaintiff has repeatedly contacted the undersigned's Chambers—and numerous other individuals—via email. Plaintiff should not send any document or filing to Chambers and must instead submit any filings on the docket.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

1

**SO ORDERED.**

Dated: December 29, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

2