UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2026

KEVIN RAZZOLI,

              Plaintiff,

      -v-

T.Q.L. LOGISTICS, *et al.*,

          Defendants.

**ORDER**

25-CV-6307 (LJL) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On January 29, 2026, the Court received a document labeled "Return of Service" from Plaintiff, which was entered on the docket on February 2, 2026.  ECF No. 121.  However, the "Return of Service" makes no mention of serving the Amended Complaint at ECF No. 80.  Plaintiff is therefore directed to file an amended certificate of service by **February 17, 2026** clarifying whether T.Q.L. Logistics was served with both a summons and the Amended Complaint.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: February 3, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge