UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/2026

KEVIN RAZZOLI,

                Plaintiff,

      -v-

T.Q.L. LOGISTICS, *et al.*,

           Defendants.

**ORDER**

25-CV-6307 (LJL) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's "Amended/Itemized List of Items Served," ECF No. 127. However, pursuant to Rule 4(c) of the Federal Rules of Civil Procedure, as a party to this action, Plaintiff cannot provide proof of service. Instead, the non-party who has effectuated service on T.Q.L. Logistics must provide proof that the summons and amended complaint have been served. Plaintiff is reminded that an amended certificate of service is due by **February 17, 2026**. *See* ECF No. 125.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: February 9, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1