UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN RAZZOLI,

                    Plaintiff,

          -v-

T.Q.L. LOGISTICS, *et al.*,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2026

**ORDER**

25-CV-6307 (LJL) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter requesting clarification entered on the docket on February 11, 2026, ECF No. 130.  To clarify, Plaintiff is responsible for meeting the below deadlines.

- By **February 17, 2026**, Plaintiff shall file an amended affidavit of service providing proof that T.Q.L. Logistics ("TQL") was served with both a summons and the amended complaint.  *See* ECF No. 125.  As Plaintiff is a party to this action, he cannot provide this proof of service.  *See* Federal Rule of Civil Procedure 4(l)(1).  Instead, the non-party who provided the affidavit at ECF No. 121, Singleton Steven, must clarify what papers he left with "Rob" at TQL on January 15, 2026.  *See* ECF No. 128.

- If Plaintiff is unable to file an affidavit showing that there was valid service of the summons and complaint on January 15, 2026, he must file proof of some other valid service of TQL by **March 10, 2026**.  *See* ECF No. 104.

1

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: February 12, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

2