UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2026

KEVIN RAZZOLI,

                          Plaintiff,

            -v-

T.Q.L. LOGISTICS, *et al.*,

                          Defendants.

**ORDER**

25-CV-6307 (LJL) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On February 17, 2026, the undersigned received via email a document from the Clermont County Sheriff's Office titled "Notice of Clarification & Verification of ID/Signature of Server" (the "Notice"). Plaintiff is directed to file the Notice on the docket by **February 25, 2026**.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: February 18, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge