UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/2026
```

KEVIN RAZZOLI,

       Plaintiff,

     -v-

T.Q.L. LOGISTICS, *et al.*,

      Defendants.

**ORDER**

25-CV-6307 (LJL) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of a "Notice of Clarification & Verification of ID/Signature of Server" entered on the docket on February 17, 2026, ECF No. 132 (the "Notice"). The Notice claims that the "Summons of Complaint" was hand delivered to "Rob" at T.Q.L. Logistics ("TQL") on January 15, 2026. Subject to TQL contesting the validity of service, Plaintiff has presented prima facie evidence of service on January 15, 2026. Pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, TQL's deadline to respond to the complaint was February 5, 2026. As this date has passed, the Court *sua sponte* extends the deadline for TQL to respond to **March 13, 2026.** If TQL does not respond to the complaint by then, Plaintiff can start the process for obtaining entry of a default against TQL that is described in Rules 55.1 and 55.2 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

1

Plaintiff is directed to mail a copy of this order to TQL and any lawyer he has reason to believe has acted on behalf of TQL.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: February 19, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

2