UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/25/2026_

KEVIN RAZZOLI,

                Plaintiff,

        -v-

T.Q.L. LOGISTICS, *et al.*,

             Defendants.

**<u>ORDER</u>**

25-CV-6307 (LJL) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's motion to compel, ECF No. 139 (the "Motion").  The Motion is **DENIED**, as it is premature given discovery has not yet started, T.Q.L. Logistics has not yet appeared, and the Hunts Point Defendants' motion to dismiss is pending before the Court.  *See* ECF No. 102

The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 139 as **DENIED** and to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: February 25, 2026
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

1