UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/27/2026_

KEVIN RAZZOLI,

                Plaintiff,

        -v-

T.Q.L. LOGISTICS, *et al.*,

                Defendants.

**ORDER**

25-CV-6307 (LJL) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's motion, ECF No. 143 (the "Motion"). The Motion appears to request a ruling on the motion Plaintiff previously filed at ECF No. 108. Because the Motion is duplicative of the motion at ECF No. 108, it is **DENIED**.

The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 143 as **DENIED** and to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: February 27, 2026
     New York, New York

                              Henry J. Ricardo
                              United States Magistrate Judge

1