UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN RAZZOLI,

                              Plaintiff,

          -v-

T.Q.L. LOGISTICS, *et al.*,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/3/2026_____

**ORDER**

25-CV-6307 (LJL) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's motion, ECF No. 147, which it construes as a request for a premotion conference as to whether counsel for the Hunts Point defendants should be disqualified. Any response to this request is due by **March 10, 2026**.

The undersigned will hold a pre-motion conference on **March 13, 2026**, at **3:00 p.m.** by telephone. The parties should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 507 442 881#).

**SO ORDERED.**

Dated: March 3, 2026
       New York, New York

Henry J. Ricardo
United States Magistrate Judge