UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/2025

KEVIN RAZZOLI,

                Plaintiff,

        -v-

T.Q.L. LOGISTICS, *et al.*,

           Defendants.

**ORDER**

25-CV-6307 (LJL) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of numerous motions filed by Plaintiff.  The motions at ECF Nos. 156, 161, and 162 (the "Discovery Motions") seek to obtain or compel discovery.  For the reasons described in the undersigned's February 25, 2026 order, ECF No. 142, which addressed a previous motion to compel discovery, the Discovery Motions are **DENIED**.

Plaintiff's motion at ECF No. 159 requests to supplement his pleading.  As Plaintiff already amended his complaint, *see* ECF No. 80, any further amendment requires court approval.  Fed. R. Civ. P. 15(a)(2).  The focus of Plaintiff's proposed supplement appears to relate to Defendant T.Q.L. ("TQL").  However, TQL has not yet responded to the amended complaint and should have the opportunity to do so before addressing a supplement.  Thus, Plaintiff's motion at ECF No. 159 is **DENIED** as premature without prejudice to requesting a pre-motion conference for a motion to supplement after TQL responds to the amended complaint.

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 156, 159, 161, and 162 as **DENIED** and to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: March 10, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

2