UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN RAZZOLI,

Plaintiff,

-v-

T.Q.L. LOGISTICS, *et al.*,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/12/2026_

**ORDER**

25-CV-6307 (LJL) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's motion, ECF No. 166 (the "Motion"), seeking to compel testimony for the conference on March 13, 2026. The undersigned will not hear live testimony from witnesses during the conference, therefore the Motion is **DENIED**.

The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 166 as **DENIED** and to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: March 12, 2026
        New York, New York

Henry J. Ricardo
United States Magistrate Judge