UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2026

KEVIN RAZZOLI,

                              Plaintiff,

              -v-

T.Q.L. LOGISTICS, *et al.*,

                              Defendants.

**ORDER**

25-CV-6307 (LJL) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated March 10, 2026, ECF No. 165 (the "Order"), the undersigned denied without prejudice Plaintiff's motion to supplement his pleading.  On March 11, 2026, the Court docketed Plaintiff's Amended Complaint, ECF No. 167 (the "Amended Complaint").  The Amended Complaint is dated March 8, 2026, such that it appears to have been filed before the March 10, 2026 Order was entered.  The undersigned therefore assumes Plaintiff filed the Amended Complaint before the Order was entered.  For the reasons described in the Order at ECF No. 165, the Amended Complaint at ECF No. 167 is stricken without prejudice to re-filing after a pre-motion conference is held.  To be clear, the pleading is being stricken for procedural reasons only, and this order shall not be construed as an adjudication on the merits of any of Plaintiff's claims.

The Clerk of Court is respectfully directed to strike the Amended Complaint at ECF No. 167 and to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: March 12, 2026
      New York, New York

                                               Henry J. Ricardo
                                               United States Magistrate Judge