UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/2026

KEVIN RAZZOLI,

                    Plaintiff,

         -v-

T.Q.L. LOGISTICS, *et al.*,

                    Defendants.

**ORDER**

25-CV-6307 (LJL) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on March 13, 2026 to address Plaintiff's motion seeking to disqualify counsel for the Hunts Point Defendants.  ECF No. 147 (the "Motion").  For the reasons articulated in the conference transcript, Plaintiff's Motion at ECF No. 147 is **DENIED**.

The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 147 as **DENIED** and to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: March 13, 2026
       New York, New York

Henry J. Ricardo
United States Magistrate Judge

1