UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/2026

KEVIN RAZZOLI,

                    Plaintiff,

        -v-

T.Q.L. LOGISTICS, *et al.*,

                    Defendants.

**ORDER**

25-CV-6307 (LJL) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's "Request to Clerk of SDNY Courts ie: Issuance of Subpoenas." ECF No. 178. The undersigned construes this filing as a motion for leave to pursue third-party discovery in advance of the May 5, 2026 initial case management conference. Construed as such, Plaintiff's request is **DENIED**. The parties will discuss discovery issues at the May 5, 2026 conference.

The Clerk of Court is respectfully requested to mail a copy of this order to the pro se litigant.

**SO ORDERED.**

Dated: April 9, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge