UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/2026

KEVIN RAZZOLI,

                Plaintiff,

        -v-

T.Q.L. LOGISTICS, *et al.*,

                Defendants.

**ORDER**

25-CV-6307 (LJL) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of multiple filings by Plaintiff requesting to amend or supplement his pleading. ECF Nos. 185–89. Unfortunately, the Court is unable to determine precisely what relief Plaintiff is requesting. In order to understand Plaintiff's request better, Plaintiff is directed to answer the following questions. Plaintiff shall file his response on the docket by **May 1, 2026**.

## QUESTIONS TO BE ANSWERED BY PLAINTIFF

1. Are you asking to add Bujari Trucking as a defendant in the case? This question should be answered with a "yes" or a "no."

2. Are you asking to add any other defendant to the case? This question should be answered with a "yes" or a "no."

3. If the answer to Question 2 is "yes," please identify them.

4. Are you asking to drop any defendant from the case? This question should be answered with a "yes" or a "no."

5. If the answer to Question 4 is "yes," please identify them.

1

6. Are you asking to add any legal claims against the existing Defendants?  This question should be answered with a "yes" or a "no."

7. If the answer to Question 6 is yes, please identify them.

8. Your filings refer to a change in the law.  What change are you referring to?  Your answer should specify whether you are referring to a newly enacted statute, a newly adopted regulation, or a newly decided case.  Please limit your response to the relevant citation.

The Clerk of Court is respectfully directed to mail a copy of this order to the pro se litigant.

**SO ORDERED.**

Dated: April 27, 2026
 New York, New York

Henry J. Ricardo
United States Magistrate Judge

2