UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN RAZZOLI,

               Plaintiff,

     -v-

T.Q.L. LOGISTICS, *et al.*,

            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2026

**ORDER**

25-CV-6307 (LJL) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of multiple filings by Plaintiff requesting to amend or supplement his pleading. *See* ECF Nos. 185–89, 196–99. Defendants are directed to respond to these filings by **May 19, 2026**.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* litigant.

**SO ORDERED.**

Dated: May 5, 2026
      New York, New York

                               Henry J. Ricardo
                               United States Magistrate Judge

1