**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 KEVIN RAZZOLI,

                            Plaintiff,

              -against-                                          25 **CIVIL** 6307 (LJL)

                                                                **JUDGMENT**

ASR XPRESS, et al.,

                            Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 28, 2026, the motion to dismiss is GRANTED. Plaintiff's federal clams are dismissed with prejudice. Plaintiff's state law claims are dismissed for lack of jurisdiction and without prejudice to refiling in state court; accordingly, the case is closed.

**Dated:** New York, New York
        May 29, 2026

                                         **TAMMI M. HELLWIG**
                                         _____
                                                **Clerk of Court**


                              **BY:**  _____
                                                **Deputy Clerk**